UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHNISSIA STEVENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>IBM; GERALD PRICE; CINDY YOKLEY; )<br>LALECHA WATKINS; TOM BRADICICH; )<br>MICHAEL DUBROW; LAFONDA RICHBURG; )<br>and, STEVE BOST, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:10-CV-487-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 3, 2011, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 6, 2011, and Copies To:**
C. Matthew Keen (via CM/ECF Notice of Electronic Filing)
Michael Douglas McKnight (via CM/ECF Notice of Electronic Filing)
Johnissia Stevenson (via U.S. Mail) 7201 Old Missouri Avenue, Centreville, IL 62207

June 6, 2011　　　　　　　　　　DENNIS P. IAVARONE, CLERK
　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk